# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Ameer A.A.,

        Petitioner,

  v.

                                **ORDER DISMISSING**
                                **PETITION FOR WRIT**
                                **OF HABEAS CORPUS**
                       Civil File No. 26-01908 (MJD/DJF)

Todd Blanche, et al.,

        Defendants.

Olivia Fine, Legal Rights Center, Counsel for Petitioner.

David W. Fuller, David R. Hackworthy, Assistant United States Attorneys, Counsel for Federal Respondents.

On April 28, 2026, the Court granted Petitioner Ameer A.A.'s Petition for Writ of Habeas Corpus. (Doc. 11.) As part of that Order, Respondents were required to provide Petitioner with a bond hearing within one week after issuance of the Order. (Id.) Respondents were also instructed to file a status update with the Court detailing the results of the Bond Hearing. (Id.)

On May 4, 2026, Respondents filed a status update, notifying the Court that the Immigration Court held a bond hearing for Petitioner in the morning on May 4, 2026. (Doc. 13.) Respondents also informed the Court that bond was

1

denied based on the Immigration Judge's determination of Petitioner's potential flight risk and danger to the community. (Id.)

Petitioner's counsel then informed the Court that Petitioner was only notified of his hearing 30 minutes before it was scheduled and that Petitioner's counsel was not notified at all. (Doc. 14.) After requesting additional briefing, the Court ultimately issued an amended Order, requiring a second bond hearing and mandating that notice of the scheduled hearing be filed directly with the Court. (Doc. 19.)

On May 14, Respondents filed notice that a second bond hearing would take place on May 18, 2026. (Doc. 21.) On May 19, 2026, Respondents then informed the Court that the Immigration Judge denied bond for the second time. (Doc. 22.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Ameer A.A.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 28, 2026                          s/Michael J. Davis
                                              Michael J. Davis
                                              United States District Court

2